GLADYS H. TAYLOR et al., complainants-appellants,

*v.*

HARRY C. ERRION et al., defendants-respondents.

[Submitted February term, 1947. Decided May 15th, 1947.]

*Messrs. Scammell, Knight & Reese,* for the appellants.

*Mr. Thornton C. Land,* for the respondent Errion.

*Mr. Herbert W. Backes,* for the respondent Trenton Trust Co.

PER CURIAM.

The decree under review is affirmed, for the reasons stated in the opinion of Vice-Chancellor Jayne, *ubi supra.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, DONGES, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McLEAN, JJ. 11.

*For modification*—McGEEHAN, J. 1.